Dismissed and Opinion filed July 3, 2002









Dismissed and Opinion filed July 3, 2002.

 

In The

 

Fourteenth Court of Appeals

_________________

 

NO. 14-02-00345-CV

____________

 

HARRIS COUNTY APPRAISAL DISTRICT AND HARRIS COUNTY
APPRAISAL REVIEW BOARD, Appellants

 

V.

 

ANR PIPELINE COMPANY, Appellee

 



 

On
Appeal from the 80th District Court

Harris
County, Texas

Trial
Court Cause No. 01-00726

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed March 7, 2002.  

On June 24, 2002, appellants filed a
motion to dismiss because the case has been settled and they no longer desire
to prosecute their appeal.  See Tex. R. App. P. 42.1.  The motion is granted. 

Accordingly, the appeal is ordered
dismissed.  

PER CURIAM

Judgment rendered and Opinion filed July 3, 2002.

Panel consists of Justices Hudson, Fowler, and
Edelman. 

Do Not Publish C Tex. R. App. P. 47.3(b).